IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Marilyn C. Paparo,<br>        Debtor, | Chapter 7 |
| Bank of America, N.A.,<br>        Movant,<br>vs.<br><br>Marilyn C. Paparo,<br>        Debtor / Respondent,<br>and<br>GARY F. SEITZ,<br>        Trustee / Respondent. | Case No.: 19-14151-mdc |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this _12th_ day of _December_, 20_19_, it is hereby

    **ORDERED** that Bank of America, N.A. is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 7260 Columbia Rd, Saint Matthews, SC 29135-7968; _under the terms of the loan documents_

    **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

    **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:    Andrew M. Lubin, Esquire
        Stanley E. Luongo, Jr., Esquire
        Gary F. Seitz, Trustee
        Marilyn C. Paparo